LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 27868

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DAVID C. FARMER, on behalf of
the Bankruptcy ESTATE OF DANIEL T. KEOMALU,
Plaintiff/Counterclaim Defendant-Appellant,
v.
HICKAM FEDERAL CREDIT UNION, Defendant/Counterclaim
Plaintiff/Third-Party Plaintiff-Appellee;
and GERARD AUYONG and STEPHEN Y.H. KWOCK,
Defendants-Appellees; and JOHN DOES 1-10;
JANE DOES 1-10; DOE UNINCORPORATED ASSOCIATIONS,
INCLUDING PARTNERSHIPS 1-10, Defendants,
v.
CUTTER PONTIAC, BUICK, GMC OF WAIPAHU, INC., CJW
MOTORS, INC., DOES 1-100, Third-Party Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 04-1-0732)

ORDER OF CORRECTION
(By: Nakamura, J., for the court[1])

The Memorandum Opinion of the Court, filed on
February 2, 2010, is hereby corrected as follows:

1.    In the caption on page 1, in the portion of the
caption that begins with "HICKAM FEDERAL CREDIT UNION," the
following corrections in punctuation should be made: 1) the
semicolon after "HICKAM FEDERAL CREDIT UNION" should be changed
to a comma; 2) the comma after "Plaintiff-Appellee" should be
changed to a semicolon; 3) the semicolon after "GERARD AUYONG"
should be deleted; and 4) and the comma after "Defendants-
Appellees" should be changed to a semicolon, so that as
corrected, the relevant portion of the caption reads as follows:

HICKAM FEDERAL CREDIT UNION, Defendant/Counterclaim
Plaintiff/Third-Party Plaintiff-Appellee;
and GERARD AUYONG and STEPHEN Y.H. KWOCK,
Defendants-Appellees; and JOHN DOES 1-10;
JANE DOES 1-10; DOE UNINCORPORATED ASSOCIATIONS,
INCLUDING PARTNERSHIPS 1-10, Defendants,

---

[1] Nakamura, Chief Judge, Foley, and Fujise, JJ.

2.  On page 28, in line 4 of footnote 7, the reference to "1790(b)" should be changed to "1790b" so that as corrected, the text reads as follows:  "and 12 U.S.C. § 1790b contain remedies . . . ."

The clerk of the court is directed to incorporate the foregoing changes in the original opinion and take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawai'i, February 23, 2010.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge